AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>LEE, TOM S. | 2. Court or Organization<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF MS | 3. Date of Report<br><br>5/15/07 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __x__ Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>1/1/06 – 12/31/06 |
| 7. Chambers or Office Address<br>245 E.Capitol Street, Suite 222<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Board of Trustees | Mississippi College |
| General Partner | Tom S. Lee ▇▇▇▇ Limited Partnership |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 2006 | State Employees Pension Fund; pension upon retirement age 65 |

FINANCIAL DISCLOSURE OFFICE
2007 MAY 23 A 8:37
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2006 | Director – Community Bancshares of MS, Inc. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |

I attended the George Mason Law & Economics Center's program on David Hume at the Reach Resort in Key West, Florida from March 30, 2006 through April 2, 2006, spending three nights in the hotel. I was reimbursed for travel expenses in the amount of $500. I was provided meals which my information indicated cost George Mason $266. George Mason paid for the hotel room and I do not know the amount.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 ING NQ VAR | none | | J | T | | | | | |
| 2 American Skandia NQ VA | none | | M | T | | | | | |
| 3 Harrison Co. Bond | A | Int. | | | Redeemed | 3/1 | J | A | |
| 4 State of MS GO Bond | A | Int. | K | T | | | | | |
| 5 Van Kampen | B | Div. | K | T | | | | | |
| 6 MS O Coupon Bond | none | | M | T | Bond fluctuates in value | | | | |
| 7 Eaton Vance MS Fund | B | Div. | K | T | | | | | |
| 8 LA PFA REV RDGB Bond | B | Int. | K | T | | | | | |
| 9 Biloxi School Bond | B | Int. | K | T | | | | | |
| 10 MS Hospital EQ & FAC Bd. | A | Int. | K | T | | | | | |
| 11 Columbus Miss. Bonds | B | Int. | K | T | | | | | |
| 12 Shares New Perspective Fd. | B | Div. | N | T | | | | | |
| 13 Shares of Community Bancshares of MS Inc. | E | Div. | P1 | T | | | | | |
| 14 ING NO VA | none | | J | T | | | | | |
| 15 American Skandia NQ VA | none | | M | T | | | | | |
| 16 Hartford VA IRA | none | | N | T | | | | | |
| 17 State of MS GO Bond | B | Int. | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ,  TOM S. LEE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Land in Scott Co. MS | none | | L | W | | | | | |
| 2. US Serv. E. Bonds | none | | L | T | Income not realized but bonds increase in value annually | | | | |
| 3. Oppenheimer Mun. Liq.Fd. previously listed as Adv. | A | Int. | | | Sell | 3/29 | L | A | |
| 4. Marketing Opp.Fed. Ulra Short Bd. | A | Div. | | | Sell | 3/29 | L | A | |
| 5. State of MS Hwy. Bd. | A | Int. | | | Sell | 3/29 | J | A | |
| 6. Phoenix Life | | none | M | T | Life Insurance | | | | |
| 7. Community Bancshares of MS | A | Int. | L | T | | | | | |
| 8. ING VA IRA, prev.shown as NG annuity | none | | N | T | Account fluctuates in value | | | | |
| 9. Davis New York Venture | A | Div. | J | T | | | | | |
| 10. Growth Fund of America | none | | J | T | | | | | |
| 11. New Perspective | A | Div. | J | T | | | | | |
| 12. UBS Pace Growth Equity | none | | | | Sell | 3/29 | J | | |
| 13. UBS Pace Equity Inv. | none | | | | Sell | 3/29 | J | | |
| 14. UBS Tactical Allocation | none | | K | T | | | | | |
| 15. Lord Abbett Aff. | A | Div. | J | T | | | | | |
| 16. Alliance MF | none | | L | T | Account fluctuates in value | | | | |
| 17. DRD Gold Amer.Com.Stock | none | | | | Sell | 3/29 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| , TOM S. LEE | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hartford VA NO prev.listed as annuity | none | | M | T | Account fluctuates in value | | | | |
| 2. Salomon Brothers | A | Div. | J | T | | | | | |
| 3. Community Bank Amory | none | | | | Sell | 2/23 | L | B | merger with Comm.Bancshares of MS |
| 4. ING VA IRA NRL | none | | J | T | | | | | |
| 5. First Horizon | A | Div. | | | Sell | 3/29 | J | A | |
| 6. FT Dow Dividend | A | Div. | L | T | | | | | |
| 7. FT Dow Dividend | A | Div. | J | T | | | | | |
| 8. FT Target VIP | A | Div. | K | T | | | | | |
| 9. Franklin Hy Tax Free | B | Div. | L | T | | | | | |
| 10. Franklin Income | A | Div. | J | T | | | | | |
| 11. Ruth's Chris Steak House | None | | | | Sell | 1/5 | K | A | |
| 12. Com. Stock ABB Limited | | None | J | T | ABB. First Horizon & Silver Standard were all bought 7/5/05 for J,J, & K, respectively, and were inadvertently not listed on the 2005 report.There are no dividends. | | | | |
| 13. First Horizon | | None | J | T | | | | | |
| 14. Silver Standard | | None | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Columns B1 and D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Columns C1 and D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
3. Value Method Codes  P3=$25,000,001-$50,000,000  R=Cost (Real Estate Only)  P4=More than $50,000,000  T=Cash Market
(See Column C2)  Q=Appraisal  V=Other  S=Assessment
  U=Book Value  W=Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

My certificates of deposit at Community Bancshares were liquidated in May 2006 in order to purchase a second home.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                          Date _____ 5/15/07 _____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544